# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-542
_____

SANTA FE LAKE DWELLERS
ASSOC., INC. and DON MORGAN,

    Petitioners,

    v.

TOM'S HIGH ON THE HOG REAL
PIT BARBECUE, INC., and the
BOARD OF COUNTY
COMMISSIONERS OF BRADFORD
COUNTY,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 5, 2019

PER CURIAM.

    DENIED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John D. Middleton and Kyle D. Macomber of Middleton & Middleton, P.A., Melrose, for Petitioners.

John S. Cooper of The Law Offices of John Cooper, P.A., Starke; Cecelia Bonifay and Samual A. Miller of Akerman LLP, Orlando; and William E. Sexton, Bradford County Attorney, Starke, for Respondents.